**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

POCATELLO EDUCATION
ASSOCIATION; IDAHO EDUCATION
ASSOCIATION; PROFESSIONAL FIRE
FIGHTERS OF IDAHO, INC.; SERVICE
EMPLOYEES INTERNATIONAL UNION,
LOCAL 687; AFL-CIO,
        *Plaintiffs-Appellees,*

        v.

MARK HEIDEMAN, in his official
capacity as Bannock County
Prosecuting Attorney,
        *Defendant,*

        and

BEN YSURSA, in his official
capacity as Secretary of State for
the State of Idaho; LAWRENCE
WASDEN, in his official capacity as
Attorney General for the State of
Idaho,
        *Defendants-Appellants.*

No. 06-35004

D.C. No.
CV 03-0256 BLW

ORDER

On Remand from the Supreme Court of the United States

Filed April 13, 2009

Before: William C. Canby, Jr., A. Wallace Tashima, and
Consuelo M. Callahan, Circuit Judges.

## ORDER

In accordance with the mandate of the Supreme Court in *Ysursa v. Pocatello Education Association*, 129 S. Ct. 1093, 1101 (2009), the judgment of the district court is reversed and the case remanded with instructions to enter judgment for defendants on the local government claim.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.